

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

VIA CM/ECF

July 9, 2021

United States District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**     ***Mercer v. Mainco, LLC,* Case No. 1:21-cv-03664-JPC**

Dear District Judge Cronan:

     This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As we previously informed, the above referenced action has been settled and that the parties have now finalized a settlement agreement for execution. We anticipate that the agreement will be fully executed shortly thereafter. Respectfully, we are requesting together with counsel for the defendant a final stay of all deadlines and conferences for a period of up to thirty (30) days so that the parties can file a stipulation of dismissal.

     We thank this Honorable Court for its time and consideration in this matter.

The parties' request is granted. If the parties have not submitted a stipulation of dismissal by August 9, 2021, they shall submit a joint letter regarding the status of settlement discussions by that date.

SO ORDERED.

Date:   July 9, 2021
      New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc:    All Counsel of Record *(via ECF)*