UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
STACEY MERCER,                                                          :
                                                                        :
                        Plaintiff,                                      :
                                                                        :     21-CV-3664 (JPC)
        -v-                                                             :
                                                                        :     ORDER
                                                                        :
MAINCO, LLC, d/b/a Biltmore Hotel and Suites on Main,                   :
                                                                        :
                        Defendant.                                      :
                                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 12, 2021, the Court ordered the parties to submit a joint letter updating the Court on the status of settlement discussions by August 9, 2021. Dkt. 13. The parties failed to submit this letter to the Court. The parties shall submit their joint letter by August 26, 2021. If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.20, *available at* http://nysd.uscourts.gov/ecf_filing.php.

    SO ORDERED.

Dated: August 24, 2021
       New York, New York                           _____
                                                         JOHN P. CRONAN
                                                         United States District Judge